LAURETTA V. O'BRIEN, appellant,

*v.*

THOMAS M. O'BRIEN, respondent.

[Decided October 14th, 1929.]

*Messrs. Wall, Haight, Carey & Hartpence,* for the appeilant.

*Mr. L. Edward Herrman,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fallon, and reported in *103 N. J. Eq. 214.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.